**Jerry A. COPELAND, Plaintiff–Appellant,**

v.

**TRW AUTOMOTIVE U.S. LLC Defendant–Appellee,**

No. 04–5569.

United States Court of Appeals, Sixth Circuit.

May 18, 2005.

Jeffery S. Frensley, Ray & Frensley, Nashville, TN, for Plaintiff–Appellant.

Michael S. Moschel, Bass, Berry & Sims, Nashville, TN, for Defendant–Appellee.

Before KEITH, MERRITT, and CLAY, Circuit Judges.

PER CURIAM.

The Plaintiff–Appellant Jerry Copeland ("Copeland") filed this action on June 27, 2002, in the United States District Court for the Middle District of Tennessee, alleging violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621 *et. seq.,* and the Tennessee Human Rights Act ("THRA"), Tenn.Code. Ann. § 4–21–101, *et. seq.,* arising out of the ter-

---

[*] The Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting by designation.

mination of his employment with Defendant–Appellee TRW Automotive U.S., LLC ("TRW"). On September 19, 2003, TRW filed a Motion for Summary Judgment seeking dismissal of Copeland's claims. On April 2, 2004, the Court entered an Order granting TRW's Motion for Summary Judgment and dismissed the action with prejudice.

Upon reviewing the opinion and order issued by the district court in this case, this panel finds that the district court thoroughly articulated its well-founded reasons for granting Defendant's Motion for Summary Judgment in this case. Accordingly, we adopt the reasoning and the holding of the district court in its opinion dated April 2, 2004, and **AFFIRM** its decision.